**Order entered October 5, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00833-CV

### IN RE PATRICIA STEPHENS, INDIVIDUALLY AND AS TRUSTEE OF THE WALTER H. STEPHENS TRUST, THE SSH TRUST, THE SUTTON ELIZABETH STEPHENS TRUST, THE HEATHER LOVE STEPHENS IRREVOCABLE TRUST, AND PATCO ENERGY, LTD., Relators

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-03406**

## ORDER

Before the Court is real parties in interest's October 2, 2020 request for clarification. The Court issues this order to clarify that a response to the petition for writ of mandamus has not yet been requested, and that the Court will determine and notify the parties if a response is desired in due course.

/s/     LESLIE OSBORNE
JUSTICE